1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**RICHARD G. RUNQUIST,**                          CIV S 05-2614 GEB PAN P

12                                    Petitioner,    ~~**PROPOSED**~~ **ORDER**

13

**v.**

14

**JEANNE WOODFORD, et al.,**

15

Respondents.

16

17            Good cause appearing, respondent's March 10, 2006, request for an extension of time

18   is granted and respondents have 30 days from the date this order is signed to file and serve an

19   answer.

20   Dated: April 7, 2006.

21

22              _UNITED STATES MAGISTRATE JUDGE_

23

24

25

26

27

28

[Proposed] Order