IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD G. RUNQUIST,** | CIV S 05-2614 GEB PAN P |
| Petitioner, | ~~PROPOSED~~ ORDER |
| v. | |
| **JEANNE WOODFORD, et al.,** | |
| Respondents. | |

   This Court hereby grants Respondent's application for an extension of time by thirty-one (31) additional days, for Respondent to file an Answer on or before May 8, 2006.

IT IS SO ORDERED:

Dated: April 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order