IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD G. RUNQUIST,

               Petitioner,          No. CIV S-05-2614 GEB PAN P

    vs.

JEANNE WOODFORD, et al.,

               Respondents.      ORDER

_____/

               Petitioner has requested an extension of time to file and serve a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

               1.  Petitioner's June 7, 2006 application for an extension of time is granted; and

               2.  Petitioner shall file and serve a traverse on or before July 8, 2006.

DATED:  June 12, 2006.

_____

UNITED STATES MAGISTRATE JUDGE

/mp:001
runq2614.111(2)